

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00069-CV

**WILLIAM M. WINDSOR,**

Appellant

v.

**KELLIE MCDOUGALD,**

Appellee

**From the 378th District Court
Ellis County, Texas
Trial Court No. 88611**

# ORDER

A document entitled "Appellant's Brief" was received from appellant, William M. Windsor and filed with the Court on June 26, 2015. Windsor's brief in this matter is premature. Neither the clerk's record nor the reporter's record in this appeal have been filed. An appellant's brief is not due until 30 days *after* the clerk's record or the reporter's record is filed, whichever is later. TEX. R. APP. P. 38.6. Because it was filed before the clerk's record and reporter's record were even prepared, the "brief" does not

contain the necessary references to the official record to be a proper brief. *See* TEX. R.

APP. P. 38.1. Accordingly, the "Appellant's Brief" is stricken.


PER CURIAM


Before Chief Justice Gray,
Justice Davis, and
Justice Scoggins
Brief stricken
Order issued and filed July 16, 2015

